GIBSON, DUNN & CRUTCHER LLP
SCOTT A. FINK, SBN 083408
AUSTIN V. SCHWING, SBN 211696
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

*[Additional counsel listed on signature page]*

Attorneys for Petitioner
LEVI STRAUSS & CO. AND SUBSIDIARIES

KEVIN V. RYAN, SBN 118321
JAY R. WEILL, SBN 75434
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
Box 30655
San Francisco, California 94102
Telephone: (415) 436-7017
Facsimile: (415) 436-6748

Attorneys for Respondent UNITED STATES OF AMERICA

POPELKA ALLARD, A P.C.
FRANKLIN E. BONDONNO, SBN 048937
JOSEPH H. AINLEY, SBN 141230
160 W. Santa Clara Street, 12th Floor
San Jose, California 95113-1733
Telephone: (408) 298-6611
Facsimile: (408) 285-0814

Attorneys for Intervenors ROBERT SCHMIDT
and THOMAS WALSH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO. and SUBSIDIARIES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. C-03-3212 MMC (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:     July 15, 2005<br>Time:     10:30 a.m.<br>Dept.:    7<br>Judge:    Hon. Maxine M. Chesney |

1

WHEREAS,

1. The parties currently are scheduled to attend a Case Management Conference in the above-captioned matter on July 15, 2005;

2. At the last Case Management Conference held on April 30, 2004, this Court indicated that should the parties agree that there are no issues to discuss at the next-scheduled Case Management Conference, the parties should so advise the Court;

3. The United States ("Respondent") on October 8, 2004 filed a motion to compel production of certain privileged documents. This Court on October 12, 2004 referred that motion to Magistrate Judge Elizabeth D. Laporte. Petitioner Levi Strauss & Co. ("LS&CO." or "Petitioner") on November 18, 2004 filed an opposition and Respondent on November 23, 2004 filed a reply. The hearing on that motion was set for December 7, 2004;

4. On December 1, 2004 Magistrate Judge Laporte held a status conference wherein she directed the parties to meet and confer to attempt to narrow the issues actually in dispute as well as to agree upon a revised schedule for briefing and hearing of the motion. The parties on December 7, 2004 met and conferred and on December 8, 2004 delivered to Magistrate Judge Laporte a proposed schedule to facilitate the resolution of their dispute;

5. On December 13, 2004 Magistrate Judge Laporte denied without prejudice Respondents' motion to compel production of privileged documents and ordered that the parties submit no later than January 11, 2005 a joint progress report detailing the status of their meet and confer. Since the submission of that report to Magistrate Judge Laporte, the IRS has continued to evaluate the documents LS&CO. produced on December 17, 2004 and January 3, 2005;

6. Petitioner and Respondent expect that their meet and confer process will extend beyond the date currently set for filing a Case Management Conference statement, as well as for holding a Case Management Conference;

7. It would conserve the resources of the Court and the parties to continue the Case Management Conference until the parties' privilege dispute is resolved, either informally or by Magistrate Judge Laporte;

2

8. Petitioner and Respondent agree[1] that currently there are no issues to discuss and, accordingly, it is not necessary for the Court to hold the Case Management Conference scheduled for July 15, 2005.

THEREFORE, the Petitioner and Respondent hereby stipulate, and request the Court to order, for good cause and for the reasons set forth above, that the Case Management Conference currently scheduled in the above-captioned matter for July 15, 2005 be continued to October 14, 2005 at 10:30 a.m., or as soon thereafter as the Court is available. The parties will submit to the Court a Case Management Conference Statement no later than October 7, 2005.

DATED: July 7, 2005

> GIBSON, DUNN & CRUTCHER LLP
> SCOTT A. FINK
> AUSTIN V. SCHWING
> REBECCA JUSTICE LAZARUS
>
> By:/s/ Austin V. Schwing
> Austin V. Schwing
>
> ROBERT J. VIZAS, SBN 56187
> One Maritime Plaza, Suite 2400A
> San Francisco, California 94111
> Telephone: (619) 743-6070
>
> Attorneys for Petitioner
> LEVI STRAUSS & CO. and SUBSIDIARIES

---

[1] Counsel for Petitioner Levi Strauss & Co. and Subsidiaries repeatedly attempted to contact and left multiple messages for counsel for Intervenors Robert Schmidt and Thomas Walsh, but those messages were not returned. Thus, as of yet, Intervenors have neither indicated agreement nor disagreement with this Stipulation.

DATED: July 7, 2005

        KEVIN V. RYAN
        JAY R. WEILL
        UNITED STATES ATTORNEY'S OFFICE
        NORTHERN DISTRICT OF CALIFORNIA

        By: /s/ Jay R. Weill
                      Jay R. Weill

        Attorneys for Respondent
        UNITED STATES OF AMERICA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: July 8, 2005, 2005

**APPROVED**
Judge Maxine M. Chesney

By: _____
The Honorable Maxine M. Chesney
United States District Judge

40213312_1.DOC