IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO. and SUBSIDIARIES,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C-03-3212 MMC (EDL)<br><br>**ORDER** |

      The parties submitted a joint progress report on July 19, 2005. The Court accepts the parties' proposal to submit a further progress report by letter by October 17, 2005. The joint letter brief may be sent via facsimile to (415) 522-2002.

      **IT IS SO ORDERED.**

Dated: July 27, 2005

                                     ELIZABETH D. LAPORTE<br>
                                     United States Magistrate Judge