IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO. and SUBSIDIARIES,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent<br>_____/ | No. 03-3212 MMC (EDL)<br><br>**ORDER DIRECTING INTERVENORS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

     Before the Court is the stipulation, filed September 6, 2005, between petitioner and respondent to dismiss the above-titled action without prejudice. Intervenors Robert Schmidt and Thomas Walsh did not sign the stipulation, nor have they responded in any manner to the stipulation.

     Intervenors are hereby ordered to show cause, if any exists, in writing and no later than September 23, 2005, why the above-titled action should not be dismissed without prejudice. If intervenors fail to timely respond or to show cause, the Court will dismiss the action without prejudice.

     **IT IS SO ORDERED.**

Dated: September 12, 2005

                                                          MAXINE M. CHESNEY<br>
                                                          United States District Judge