IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO. and SUBSIDIARIES, | No. 03-3212 MMC |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent / | |

    Before the Court is the stipulation, filed September 6, 2005, between petitioner and respondent to dismiss the above-titled action, without prejudice.

    Because intervenors Robert Schmidt and Thomas Walsh did not sign the stipulation, the Court, by order filed September 12, 2005, directed said intervenors to show cause, no later than September 23, 2005 why the above-titled action should not dismissed.  To date, intervenors have failed to respond.

    Accordingly, the Court hereby DISMISSES the above-titled action, without prejudice.

    **IT IS SO ORDERED.**

Dated: September 27, 2005

MAXINE M. CHESNEY
United States District Judge